**Darryl Orvett PAYNE–BEY, Plaintiff–Appellant,**

v.

**Officer SWIGER, Sergeant; Officer Lewis, Hearing Officer; L.W. Huffman, Regional Director, Defendants–Appellees.**

No. 00–7699.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

Darryl Payne–Bey, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Darryl Payne–Bey appeals the district court's order dismissing as frivolous his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Payne–Bey v. Swiger,* No. CA–00–806–2 (E.D.Va. Nov. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**John Henry JOHNSON, Petitioner–Appellant,**

v.

**Joseph M. BROOKS, Warden, Respondent–Appellee.**

No. 00–7713.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

John Henry Johnson, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

John Johnson appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Johnson v. Brooks,* No. CA–00–777 (E.D.Va. Nov. 22 & Dec. 22, 2000). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*